UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leann Huynh,

    Plaintiff,

vs                                            CV 13-569 RHK/AJB

Oxford Law, LLC,

    Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for SIXTY (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 7, 2013

                                            s/ Richard H. Kyle
                                            RICHARD H. KYLE, JUDGE
                                            U.S. DISTRICT COURT